UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 16-01279-RGK (PLAx) | Date November 1, 2016 |
| Title Franco Preciutti v. Bulgari Corporation of America et al | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None appearing                    None appearing

**Proceedings:**        **[In Chambers] Order to Show Cause re Dismissal re Lack of Prosecution**

The instant case was removed to the Federal District Court on February 24, 2016. A response to the complaint is due 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. See Rule 81 of the Federal Rules of Civil Procedure.

It appears that responses from defendants **LVMH Group; LVMH Moet Hennessy Lous Vuitton; Anca Dragomirescu and Stefano De Marchi** have not been filed. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **November 8, 2016** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's/defendant's response.

If plaintiff/defendant files

■    Timely proofs of service of the summons and complaint as to defendants **LVMH Group; LVMH Moet Hennessy Lous Vuitton; Anca Dragomirescu and Stefano De Marchi**

■    A timely answer by **LVMH Group; LVMH Moet Hennessy Lous Vuitton; Anca Dragomirescu and Stefano De Marchi**;  or

■    Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to **LVMH Group; LVMH Moet Hennessy Lous Vuitton; Anca Dragomirescu and Stefano De Marchi.**

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.